**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Cordis Corporation    v.   Boston Scientific Scimed

No. 15-1696

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Abbott Laboratories
                                                     Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Michael A. Morin |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 Eleventh Street, NW, Suite 1000 |
| City, State and ZIP: | Washinton, DC 20004-1304 |
| Telephone: | 202-637-2200 |
| Fax #: | 202-637-2201 |
| E-mail address: | michael.morin@lw.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 24, 1996

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| July 20, 2015 | /s/Michael A. Morin |
| Date | Signature of pro se or counsel |

cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on July 20, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Michael A. Morin | /s/Michael A. Morin |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Latham & Watkins LLP

Address: 555 Eleventh Street, NW, Suite 1000

City, State, ZIP: Washington, D.C. 20004-1304

Telephone Number: 202-637-2200

FAX Number: 202-637-2201

E-mail Address: michael.morin@lw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.