NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CORDIS CORPORATION, a Johnson & Johnson Co.,**
*Appellant*

v.

**BOSTON SCIENTIFIC SCIMED, ABBOTT LABORATORIES,**
*Appellees*

_____

2015-1696

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,542 and 95/000,552.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Cordis Corporation's unopposed motion to extend the time to file its opening brief by 14 days, to August 17, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                                          FOR THE COURT

                                                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s31